DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MARTIN MOORE,

Appellant,

v.

REBECCA LUISE MOORE,

Appellee.

No. 2D2024-2445

————————————————

February 6, 2026

Appeal from the Circuit Court for Sarasota County; Guy Alan Flowers, Judge.

Martin Moore, pro se.

Rebecca Luise Moore, pro se.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.